UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Alla Kheyfets,<br>        Debtor.<br><br>Nationstar Mortgage LLC,<br>        Movant,<br>v.<br><br>Alla Kheyfets,<br><br><br>Frederick L. Reigle<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-10132/SR |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on January 23, 2017.

                                    Respectfully submitted,

Dated:  May 15, 2017　　　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:17-055475　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　pabk@logs.com