UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Alla Kheyfets,<br>　　　　Debtor.<br><br>Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7,<br>　　　　Movant,<br>v.<br><br>Alla Kheyfets,<br>　　　Respondent/Debtor,<br><br>Frederick L. Reigle<br>　　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-10132/SR |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7's Objection to Confirmation of Chapter 13 Plan filed with the Court on January 26, 2017.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  May 30, 2017　　　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:14-045146　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　pabk@logs.com