United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-10132-sr
Alla Kheyfets                                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2                Date Rcvd: Jun 12, 2017
                              Form ID: pdf900           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
```
db             Alla Kheyfets,    7607 Horrocks Street,    Philadelphia, PA 19152-4023
cr            +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr            +Nationstar Mortgage LLC as servicer for Wells Farg,     8950 Cypress Waters Blvd,
               Coppell, TX 75019-4620
13854336       American Express,    PO Box 3001,   Malvern, PA 19355-0701
13855176       American Express Centurion Bank,     c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
13854337       Avellina,    PO Box 1628,   Horsham, PA 19044-6628
13854338      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,     Attn: Recovery Department,    4161 Piedmont Pkwy,
               Greensboro, NC 27410-8110)
13920454      +Bureaus Investment Group Portfolio No 15 LLC,     c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13854340       Capital One,    Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
13854341       Capital One,    PO Box 30253,   Salt Lake City, UT 84130-0253
13854342       Capital One Bank,    PO Box 71083,   Charlotte, NC 28272-1083
13871817       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13854343       Central Finl Control,    PO Box 66044,   Anaheim, CA 92816-6044
13854344       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13854345       Chase,   PO Box 78068,    Phoenix, AZ 85062-8068
13854346       Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
13854347       Citi Bank / The Home Depot,    PO Box 790040,    Saint Louis, MO 63179-0040
13854348       Citizens Bank,    443 Jefferson Blvd,   Warwick, RI 02886-1321
13854350       Commonwealth of Pa,    PO Box 69185,   Harrisburg, PA 17106-9185
13854351       Credit First,    PO Box 818011,   Cleveland, OH 44181-8011
13854355       DSNB Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
13854352       Delaware Valley Cardiovascular Surgical,     1203 Langhorne Newtown Rd,
               Langhorne, PA 19047-1209
13854354       DiTech,   1100 Virginia Dr # 100,    Fort Washington, PA 19034-3204
13854356       Eastern Account Systems,    PO Box 837,   Newtown, CT 06470-0837
13854357       Emerg Care Serv of Pa,    PO Box 740021,   Cincinnati, OH 45274-0021
13916866       Emergency Care Service of PA, P.C.,    PO Box 1123,    Minneapolis MN 55440-1123
13854361       Goody/rcbna,    PO Box 6497,   Sioux Falls, SD 57117-6497
13854363       Langhorne Physician Service,    PO Box 14000,    Belfast, ME 04915-4033
13858118      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,   Dallas, TX 75261-9741)
13854365       Nationstar Mortgage,    PO Box 619063,   Dallas, TX 75261-9063
13854366       Nazareth Physician,    PO Box 824034,   Philadelphia, PA 19182-4034
13909756      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13854368       PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
13854367       Philadelphia Fire Department,    PO Box 8500,    Philadelphia, PA 19178-8500
13863840      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13854371       Radiology Affiliates of Central N,     PO Box 787512,    Philadelphia, PA 19178-7512
13854372       Radiology Affiliates of Central NJ,     PO Box 787512,    Philadelphia, PA 19178-7512
13854373       St. Mary Medical Center Self Pay,     PO Box 822679,   Philadelphia, PA 19182-2679
13854376      ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,     PO Box 8026,   Cedar Rapids, IA 52408-8026)
13854377       TPS IV of Pa,    PO Box 827965,   Philadelphia, PA 19182-7965
13854375       Torres Credit,    PO Box 189,   Carlisle, PA 17013-0189
13874584      +Wells Fargo Bank,,    National Association,    Nationstar Mortgage LLC,    PO Box 619096,
               Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:37     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2017 01:19:34     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13899967       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2017 01:14:51
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
13854349       E-mail/Text: equiles@philapark.org Jun 13 2017 01:19:48     City of Philadelphia,
               PO Box 41818,    Philadelphia, PA 19101-1818
13854353       E-mail/Text: mrdiscen@discover.com Jun 13 2017 01:19:09     Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850-5316
13891839       E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2017 01:19:12
               Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
13854362       E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2017 01:19:12     Greentree Serviciing, LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
13854364       E-mail/Text: bankruptcydpt@mcmcg.com Jun 13 2017 01:19:23     Midland Funding, LLC,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
```

```
District/off: 0313-2           User: DonnaR                  Page 2 of 2                  Date Rcvd: Jun 12, 2017
                               Form ID: pdf900               Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13854369       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2017 01:14:52
               Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA  23541-1067
13854370       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2017 01:14:46
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA  23541-0914
13853674      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:19:17
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13854358       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:44      gecrb/Howards,    PO Box 103104,
               Roswell, GA  30076-9104
13854359       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:49      gecrb/JC Penny,    PO Box 103104,
               Roswell, GA  30076-9104
13854360       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:55      gecrb/Lowes,    PO Box 103104,
               Roswell, GA  30076-9104
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13854335          17-10132
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13854339*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998-2235)
13914939*         Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
13854374          ##The Bureaus Inc.,    1717 Central St,    Evanston, IL  60201-1507
                                                                                   TOTALS: 1, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Alla  Kheyfets mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for Wells Fargo
               Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7
               Mortgage Pass-Through Certificates, Series 2006-7 pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
 :
    ALLA KHEYFETS : Bankruptcy No.  17-10132SR
 :
    Debtor(s) : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

_____
Stephen Raslavich, B. J.

Dated: 6/9/17

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Carol B. McCullough, Esq.
Warminster Corporate Center
65 W. Street Road, Suite A-204
Warminster, PA 18974-9140

Alla Kheyfets
7607 Horrocks Street
Philadelphia, PA 19152-4023

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107