United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10132-sr
Alla Kheyfets                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Aug 10, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db             Alla Kheyfets,    7607 Horrocks Street,     Philadelphia, PA 19152-4023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
      CAROL B. MCCULLOUGH    on behalf of Debtor Alla  Kheyfets mcculloughsenberg@gmail.com,
       G25217@notify.cincompass.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for Wells Fargo
       Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7
       Mortgage Pass-Through Certificates, Series 2006-7 pa-bk@logs.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                  TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                    : CHAPTER 13
       ALLA KHEYFETS                                  :
:
            DEBTOR(S)                     : BANKRUPTCY NO.   17-10132SR

# ORDER

AND NOW, upon consideration of the ***Motion by Debtor to Lift Bar and For Leave to File a Bankruptcy Proceeding)*** *(*the "Motion"*)*, and request for expedited hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the request for an expedited hearing is Granted, and it is further:

ORDERED, that a hearing to consider the Motion shall be and hereby is scheduled for August 23,  2017, at   10:00a.m., United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4,  Philadelphia, Pennsylvania, 19107, and it is further:

ORDERED, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of this Order and Motion to the Office of the United States Trustee, and *All Interested Parties* by **August 11, 2017**.

BY THE COURT:

**Date: August 10, 2017**

_____
STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

<u>Movant's Counsel</u>

CAROL B. MCCULLOUGH
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974

Alla Kheyfets
7607 Horrocks Street
Philadelphia, PA 19152-4023
PHILADELPHIA-PA

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

DENISE ELIZABETH CARLON
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

POLLY A. LANGDON
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KEVIN S. FRANKEL
Shapiro & DeNardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406