IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Alla Kheyfets<br><br>           Debtors | 17-10132 SR<br><br>Chapter 13 Proceeding |

ORDER

AND NOW, this 23rd day of August, 2017, upon consideration of the Debtor's Motion to Lift Bar and for Leave to File a Bankruptcy Proceeding and Ditech Financial LLC f/k/a Green Tree Servicing LLC.'s Objection to same, it is ORDERED Debtor's Motion is GRANTED. Debtor shall file the bankruptcy petition within ten (10) days.

It is further ORDERED, that in the event the bankruptcy petition filed by the Debtor in accordance with this Order is dismissed for any reason whatsover or if Ditech Financial LLC f/k/a Green Tree Servicing LLC its successors and/or assigns is granted relief from the stay any subsequent bankruptcy petition filed by any party will not stay Ditech Financial LLC f/k/a Green Tree Servicing LLC. and/or its successors and assigns from proceeding with the mortgage foreclosure action against the property located at 7607 Horrocks St., Philadelphia, PA 19152.

BY THE COURT:

_____
United States Bankruptcy Judge
Stephen Raslavich

{00441634}