United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alla Kheyfets  
    Debtor

Case No. 17-10132-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Aug 24, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db        Alla Kheyfets,    7607 Horrocks Street,    Philadelphia, PA   19152-4023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:  
         CAROL B. MCCULLOUGH    on behalf of Debtor Alla  Kheyfets mccullougheisenberg@gmail.com, G25217@notify.cincompass.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7 pa-bk@logs.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com  
         MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC mary@javardianlaw.com, tami@javardianlaw.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                            TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Alla Kheyfets  
        Debtors

17-10132 SR

Chapter 13 Proceeding

ORDER

AND NOW, this 23rd day of August, 2017, upon consideration of the Debtor's Motion to Lift Bar and for Leave to File a Bankruptcy Proceeding and Ditech Financial LLC f/k/a Green Tree Servicing LLC.'s Objection to same, it is ORDERED Debtor's Motion is GRANTED. Debtor shall file the bankruptcy petition within ten (10) days.

It is further ORDERED, that in the event the bankruptcy petition filed by the Debtor in accordance with this Order is dismissed for any reason whatsover or if Ditech Financial LLC f/k/a Green Tree Servicing LLC its successors and/or assigns is granted relief from the stay any subsequent bankruptcy petition filed by any party will not stay Ditech Financial LLC f/k/a Green Tree Servicing LLC. and/or its successors and assigns from proceeding with the mortgage foreclosure action against the property located at 7607 Horrocks St., Philadelphia, PA 19152.

BY THE COURT:

United States Bankruptcy Judge
Stephen Raslavich

{00441634}